No. 04–1055. SAFE AIR FOR EVERYONE v. MEYER ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1141. KYLES v. ILLINOIS. App. Ct. Ill. 1st Dist. Certiorari denied.

No. 04–1145. BENSEL ET AL. v. ALLIED PILOTS ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1151. PITTS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1155. GRAHAM v. E–J ELECTRIC INSTALLATION CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–1156. CITIZENS FINANCIAL GROUP, INC. v. CITIZENS NATIONAL BANK OF EVANS CITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1161. VANGUILDER v. NEW YORK. Sup. Ct. N. Y., Washington County. Certiorari denied.

No. 04–1163. STEPHENS v. UNION CARBIDE CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1166. ROSSI, DBA INTERNETMOVIES.COM v. MOTION PICTURE ASSOCIATION OF AMERICA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1192. HEIDE ET AL. v. FEDERAL AVIATION ADMINISTRATION. C. A. 8th Cir. Certiorari denied.

No. 04–1194. HARLEY v. ADLER ET AL. App. Div. Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–1212. DODAJ ET AL. v. GONZALES, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 04–1222. DAVIS ET AL. v. UNITED AUTOMOBILE WORKERS OF AMERICA. C. A. 6th Cir. Certiorari denied.